AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Orly Moises GARCIA HERNANDEZ | ) | 3:25mj193/ZCB |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 25, 2025 _____ in the county of _____ Escambia _____ in the _____ Northern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1382 | Entering Military, Naval, or Coast Guard Property |
| 18 USC 111 | Assaulting, Resisting, or Impeding Certain Officers or Employees |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Robert Brigham*
_____
*Complainant's signature*

Robert Brigham, HSI Special Agent
_____
*Printed name and title*

Telephonically sworn to before me and electronically signed in my presence.

Date:  5/27/2025

_____
*Judge's signature*

City and state:  _____ Pensacola, Florida _____      U.S. Magistrate Judge Zachary C. Bolitho
_____
*Printed name and title*


RCVD USDC FLND PN
MAY 27 '25 PM1:54